# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KURTIS D. JONES,

        Plaintiff,

v.

JAMES A. ELSINGER, WARDEN SCOTT ECKSTEIN, JOHN KIND, DANIEL CUSHING, C.O. A. SCHROEDER, C.O. ALLEN, SAMANTHA SCHWARTZ-OSCAR, JENNIFER HARRIS-FORBES, KATHY LEMENS, and TERRIE DEBRUIN,

        Defendants.

Case No. 18-CV-639-JPS

**ORDER**

On April 23, 2018, Plaintiff filed this action while incarcerated at Green Bay Correctional Institution. (Docket #1). He simultaneously sought leave to proceed *in forma pauperis* as an indigent prisoner. (Docket #2). On April 26, 2018, in light of Plaintiff's motion to proceed *in forma pauperis* and his prisoner trust account statement, which showed that he had almost no funds, the Court waived payment of an initial partial filing fee in accordance with 28 U.S.C. § 1915(b)(4). (Docket #5).

Publicly available Wisconsin Department of Corrections records indicate that Plaintiff was released to serve a term of supervised release on May 8, 2018. *See* https://appsdoc.wi.gov/lop/home.do. This development means that Plaintiff must now re-apply for *in forma pauperis* status. *See Robbins v. Switzer*, 104 F.3d 895 (7th Cir. 1997). The Court will supply Plaintiff with a copy of this District's form motion for non-prisoners seeking *in forma pauperis* treatment. He must return the completed form by June 5,

2018, or this action will be dismissed for want of prosecution. Of course, he can also simply pay the full $400 filing fee by that date.

Accordingly,

**IT IS ORDERED** that Plaintiff shall either pay the full filing fee owed in this matter or submit a completed motion for leave to proceed *in forma pauperis* on or before June 5, 2018.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge