# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KURTIS D. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES A. ELSINGER, WARDEN SCOTT ECKSTEIN, JOHN KIND, DANIEL CUSHING, C.O. A. SCHROEDER, C.O. ALLEN, SAMANTHA SCHWARTZ-OSCAR, JENNIFER HARRIS-FORBES, KATHY LEMENS, and TERRIE DEBRUIN,<br><br>    Defendants. | Case No. 18-CV-639-JPS<br><br>**ORDER** |

On May 22, 2018, the Court ordered Plaintiff to either pay the filing fee for this action, or submit a new motion for leave to proceed *in forma pauperis*, no later than June 5, 2018. (Docket #8). That date has passed and Plaintiff has done neither. The Court will, therefore, dismiss this action without prejudice for want of prosecution. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 11th day of June, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge